IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARQUITA HOFFMAN, AND ANGELA HASAN, <br><br> Plaintiffs, <br><br> v. <br><br> JABNAT LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br> 1:21-CV-03147-CAP |

## STIPULATION OF DISMISSAL OF COUNTERCLAIMS WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the parties hereby stipulate to the dismissal of Defendant Jabnat, LLC's counterclaims without prejudice.

This the 23rd day of September, 2021.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518
JONATHAN A. AKINS
Georgia Bar No. 472453
*Attorneys for Defendant*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309

Telephone: (404) 681-3450
Facsimile: (404) 681-1046
Email: jchristy@swfllp.com

/s/ Mitchell D. Benjamin (by J. Akins w/ express permission)
Mitchell D. Benjamin
Ga. Bar No. 049888
Charles R. Bridgers
Ga. Bar No. 080791
*Attorneys for Plaintiffs*

Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
101 Marietta Street
Suite 2650
Atlanta, Georgia 30303
(404)-979-3150
(404) 979-3170(f)
benjamin@dcbflegal.com
charlesbridgers@dcbflegal.com